United States District Court
For The District of Columbia

**RECEIVED**
APR - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Charles Davis Burrell,**
1220 L Street, NW., Suite #100-484,
Washington, DC. 20005-4018

v.                                Civil Action # 1:07-CV-00563 PLF

(1) County of Henrico, Virginia, 4301 East Parham Road, Richmond, Va. 23223.

(2) Officer T.M. Alphin, 4301 East Parham Road, Richmond, Va. 23223.

## Affidavit Of Service

I, Charles Davis Burrell, hereby declares, that, on this 31st day of March, 2007, I mailed a copy, of the 'summons', and 'complaint', via 'certified-mail/return-receipt', to (1) Joe Reprapisada, County Attorney, at 4301 East Parham Road, Richmond, Va., 23223, and, to (2) Police Officer T.M. Alphin, 4301 East Parham Road, Richmond, Va., 23223. Please find attached hereto, the 'certified-green-card', acknowledging 'service'. Thank you!

Sincerely Submitted By,

Charles D. Burrell
Charles Davis Burrell,
1220 L Street, NW, Suite #100-484,
Washington, DC. 20005-4018
(804)-484-4532(Cell)

# United States District Court
# For The District of Columbia

Charles Davis Burrell,
1220 L Street, NW., Suite #100-484,
Washington, DC. 20005-4018

v.                                   Civil Action # *1:07-CV-00563*

(1) County of Henrico, Virginia, 4301 East Parham Road, Richmond, Va. 23223.

(2) Officer T.M. Alphin, 4301 East Parham Road, Richmond, Va. 23223.

## Affidavit Of Service

I, Charles Davis Burrell, hereby declares, that, on this *31st* day of *March*, 2007, I ~~mailed a~~ *By Sheriff* copy, of the 'summons', and 'complaint', via 'certified-mail/return-receipt', to (1) Joe Reprapisada, *Henrico* County Attorney, at 4301 East Parham Road, Richmond, Va., 23223, and, to (2) Police Officer T.M. Alphin, 4301 East Parham Road, Richmond, Va., 23223. Please find attached hereto, the ~~'certified-green-card'~~, acknowledging 'service'. Thank you!

*(See Sheriff's Affidavit)*

Sincerely Submitted By,
*Charles D. Burrell*
Charles Davis Burrell,
1220 L Street, NW, Suite #100-484,
Washington, DC. 20005-4018
(804)-484-4532(Cell)




**Office of the Sheriff**
**Henrico County, VA**

## AFFIDAVIT OF SERVICE

Being duly sworn and authorized to make service as provided by the Code of Virginia, by my signature subscribed below I do hereby certify that I executed a true copy of the within, _Complaint_, in the following manner and on the date so indicated;

(✓) Served in person
(  ) Registered agent
(  ) Served on the person or officer found to be in charge
(  ) Posted service (only in authorized)
(  ) Member of Family (Resident)
(  ) Not found
(Explain):_____

### DESCRIPTION OF PERSON SERVED

| NAME | RACE | SEX | DOB/AGE | SSN |
|---|---|---|---|---|
| T.M. Alphin | W | M | 10-2-78 | 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 |

| STREET ADDRESS | HGT | WGT | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|
| 4301 E. Parham Rd | 5'8 | 150 | Hazel | Brown |

_____ 3-26-07
Signature of Affiant        Date

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO

Before me personally appeared the said _D.H. Dailey_, who says that he/she executed the above instrument in the above manner and on the date indicated.

Sworn to and subscribed in my presence this _27th_ day of _March_, 20_07_. My commission expires _June 30, 2010_.

_____
Signature of Notary

Hso-120 (2/00)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Charles Davis Burrell
1220 L Street, NW, Suite 100-484
Washington, D.C. 20005-4018         SUMMONS IN A CIVIL CASE

V.

① County of Henrico, VA.
4301 East Parham Rd, Richmond, VA. 23223
② Officer T.M. Alphin, 4301 East Parham Rd, Richmond, VA. 23223

Case: 1:07-cv-00563
Assigned To : Friedman, Paul L.
Assign. Date : 3/21/2007
Description: Burrell v. Cty of Henrico

TO: (Name and address of Defendant)

① Joe Reprapisada, County Attorney, Co. of Henrico, 4301 East Parham Rd, Richmond, VA. 23223
② Officer T.M. Alphin, 4301 East Parham Rd, Richmond, VA. 23223

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Davis Burrell, 1220 L Street NW, Suite #100-484, Washington, D.C. 20005-4018.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 21 2007
CLERK                                      DATE

(By) DEPUTY CLERK