IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DAVIS BURRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:07-CV-00563 |
| COUNTY OF HENRICO, VIRGINIA | ) ) ) |
| and | ) ) |
| POLICE OFFICER T. M. ALPHIN, | ) ) |
| Defendants. | ) |

## ORDER

This cause comes upon Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) or, in the Alternative, to Transfer Venue (the "Motion") and Defendants' Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) or, In The Alternative, to Transfer Venue.

This Court finds that, pursuant to 28 U.S.C. §§1391(b) and 1406(a), venue is improper in the United States District Court for the District of Columbia, and that a transfer of this action to any district or division in which it could have been brought would not serve the interest of justice.

It is therefore ORDERED that this action be, and hereby is, DISMISSED without prejudice.

                                                                                             United States District Judge

District of Columbia

Date: _____

WE ASK FOR THIS:

*[signature: Annie Kim]*

Joseph P. Rapisarda, Jr., Esq.
  County Attorney
Annie Kim, Esq.
W. David Kazzie, Esq.
  Assistant County Attorneys
Henrico County Attorney's Office
P. O. Box 27032
Richmond, Virginia 23273
Telephone:    (804) 501-4342
Facsimile:    (804) 501-4140

*Counsel for the Henrico Defendants*

- and -

*[signature: Sharon Pandak]*

Sharon E. Pandak, Esq. (D.C. Bar # 312330)
Greehan, Taves, Pandak & Stoner, PLLC
4004 Genesee Place, Suite 201
Woodbridge, Virginia 22192
Telephone:    (703) 680-5543
Facsimile:    (703) 680-5549

*Local Counsel for the Henrico Defendants*

---

Charles Davis Burrell
1220 L. Street, N.W., Suite 100-484
Washington, D.C. 20005-4018

   - and –

P.O. Box 75
South Boston, Virginia, 24592

*Plaintiff pro se*