IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DAVIS BURRELL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF HENRICO, VIRGINIA<br>4301 E. Parham Road<br>Richmond, Virginia 23228<br><br>and<br><br>POLICE OFFICER T. M. ALPHIN,<br>4301 E. Parham Road<br>Richmond, Virginia 23228<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No.: 1:07-CV-00563<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* APPEARANCE PURSUANT TO LOCAL CIVIL RULE 83.2(D)

Counsel for Defendants County of Henrico, Virginia and Officer T. M. Alphin hereby files this Motion for *Pro Hac Vice* Appearance Pursuant to Local Civil Rule 83.2(D), stating the following in support:

1. Counsel for the defendants has joined with Sharon Pandak, Esq., of Greehan, Taves, Pandak & Stoner, 4004 Genesee Place, Suite 201, Woodbridge, Virginia 22192, who is a member in good standing of the bar of this Court.

2. Counsel for the defendants, Assistant County Attorney Annie Kim, wishes to appear before this Court to argue any motions that may be heard in this action.

3. A declaration compliant with Local Civil Rule 83.2(D) is attached to this Motion as Exhibit "1."

WHEREFORE, counsel for Defendants County of Henrico, Virginia and Officer T. M. Alphin respectfully requests that this Motion for *Pro Hac Vice* Appearance Pursuant to Local Civil Rule 83.2(D) be granted.

COUNTY OF HENRICO, VIRGINIA and
POLICE OFFICER T. M. ALPHIN

By: _____
                    Counsel

Joseph P. Rapisarda, Jr., Esq.
    County Attorney
Annie Kim, Esq.*
W. David Kazzie, Esq.
    Assistant County Attorneys
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Telephone:   (804) 501-4342
Facsimile:    (804) 501-4140
*Counsel for the Defendants*

COUNTY OF HENRICO, VIRGINIA and
POLICE OFFICER T. M. ALPHIN

By: _____
                    Counsel

Sharon E. Pandak, Esq. (D.C. Bar # 312330)
Greehan, Taves, Pandak & Stoner, PLLC
4004 Genesee Place, Suite 201
Woodbridge, Virginia 22192
Telephone:   (703) 680-5543
Facsimile:    (703) 680-5549
*Local Counsel for the Defendants*

## CERTIFICATE PURSUANT TO LCvR 7(m)

I certify that I have conferred by telephone with the plaintiff *pro se* in a good faith effort to determine whether there is any opposition to the relief sought pursuant to Local Civil Rule 7(m) and that plaintiff has informed me that he does not oppose this relief.

_____
Counsel

## CERTIFICATE OF SERVICE

I certify that on this 10th day of April, 2007, I caused a true copy of this Motion for *Pro Hac Vice* Appearance Pursuant to Local Civil Rule 83.2(D) to be sent by first-class mail, postage prepaid, to Charles Davis Burrell, Plaintiff *pro se*, at 1220 L. Street, N.W., Suite 100-484, Washington, D.C. 20005-4018 and P.O. Box 75, South Boston, Virginia, 24592.

_____
Counsel

# Exhibit 1
Declaration Pursuant to Local Civil Rule 83.2(D)

to

Defendants' Motion for *PRO HAC VICE*
Appearance Pursuant to Local Civil Rule 83.2(D)

## DECLARATION PURSUANT TO LOCAL CIVIL RULE 83.2(D)

I, Annie Kim, Assistant County Attorney for the County of Henrico, Virginia, state the following under penalty of perjury:

1. My full name is Annie Kim.

2. My office address and phone number are:

   Henrico County Attorney's Office
   P.O. Box 27032
   Richmond, Virginia 23273-7032
   (804) 501-4342

3. I am admitted to practice in the following bars: Supreme Court of Virginia (1999); United States District Court for the Eastern District of Virginia (1999); United States Court of Appeals for the Fourth Circuit (2002).

4. I certify that I have not been disciplined by any bar to which I have been admitted.

5. I have not been admitted previously to appear *pro hac vice* in this Court.

6. I do not engage in the practice of law in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Annie Kim

Executed on: __4/10/07__
                    Date