UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DAVIS BURRELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0563 (PLF) |
| COUNTY OF HENRICO, VIRGINIA | ) |
| and | ) |
| T. M. ALPHIN, | ) |
| Defendants. | ) |

ORDER OF ADMISSION PRO HAC VICE

Sharon E. Pandak, a member of the Bar of this Court, has moved the admission *pro hac vice* of Annie Kim, a member in good standing of the Bar of the Supreme Court of Virginia, who is admitted to practice in the United States District Court for the Eastern District of Virginia and the United States Court of Appeals for the Fourth Circuit.

Under Local Civil Rule 83.2(c), such attorneys may be admitted *pro hac vice* so long as they agree that all papers in the case will be signed by them and by a member of the Bar of this Court, in this case Ms. Pandak. Furthermore, attorneys who are not members of the Bar of the Court may be heard in open court only by permission of the Judge to whom the case is assigned. See Local Civil Rule 83.2(d). It is also expected that those admitted *pro hac vice* will familiarize themselves with the Rules of the United States District Court for the District of Columbia and the Rules of Professional Responsibility adopted by this Court and will be bound

by those rules and subject to discipline by this Court for violation of those rules.  Finally, the Court may strike the appearance of any attorney in a particular case for failure, without adequate cause, to attend any hearing, conference or other proceeding.  See Local Civil Rule 83.2(i).  With the foregoing in mind, it is hereby

      ORDERED that the motion of Sharon Pandak for Annie Kim to appear *pro hac vice* in the United States District Court for the District of Columbia in the above-captioned case [5] is hereby GRANTED.

      SO ORDERED.

      _____/s/_____
      PAUL L. FRIEDMAN
      United States District Judge

DATE: April 16, 2007