UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DAVIS BURRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COUNTY OF HENRICO, VIRGINIA )<br>)<br>and )<br>)<br>T. M. ALPHIN, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0563 (PLF) |

ORDER

This matter is before the Court on defendant's motion to dismiss or, in the alternative, to transfer venue. Plaintiff is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's motion to dismiss on or before May 30, 2007. If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

DATE: April 30, 2007

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge