IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DAVIS BURRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:07-CV-00563 |
| COUNTY OF HENRICO, VIRGINIA | ) ) ) |
| and | ) ) |
| POLICE OFFICER T. M. ALPHIN, | ) ) |
| Defendants. | ) |

### DEFENDANTS' REPLY BRIEF TO PLAINTIFF'S RESPONSE, IN-OPPOSITION, TO DEFENDANTS' "MOTION TO DISMISS"

Defendants County of Henrico ("County") and Officer T. M. Alphin ("Officer Alphin") (collectively, "Henrico Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(3), hereby file this Reply Brief to Plaintiff's Response, In-Opposition, to Defendants' "Motion to Dismiss:"

### ARGUMENT

I. PLAINTIFF ASSERTS NO VALID BASIS FOR LAYING VENUE IN THIS COURT

Plaintiff's opposition brief fails to rebut defendants' central argument: venue is improper in this district pursuant to 28 U.S.C. §1391(b). Indeed, he appears to concede that venue would be proper, though not desirable, in the Eastern District of Virginia, Richmond Division. Plaintiff argues merely that "'Transfer-of-venue,' would not be 'feasible,' at-this-time, because of the "Order," of the Eastern District of Virginia Federal Court. . . ." Plaintiff's Response Brief, ¶ 4. At no point does he argue that the defendants misinterpreted his Complaint or that any basis exists to lay venue in the District of Columbia.

Moreover, plaintiff's argument that his "Choice-of-Forum" should be honored is inapposite. Given that venue is improper in this Court under 28 U.S.C. §1391, the change of venue provision in 28 U.S.C. §1404(a) does not apply. Rather, 28 U.S.C. §1406 governs whether the case should be dismissed or transferred. Consequently, plaintiff's authorities under §1404(a) do not support his request that the Court retain this case. See Time, Inc. v. Manning, 366 F.2d 690 (5th Cir. 1966) (motion raised to change venue under 28 U.S.C. §1404 where venue was proper in original forum); Emrick v. Calcasieu Kennel Club, 800 F. Supp. 482 (E.D. Tex. 1992) (same); Waste Distillation Technology v. Pan American Resources, 775 F. Supp. 759 (D. Del. 1991) (same); Triple A Partnership v. MPL Communications, 629 F. Supp. 1520 (D. Kan. 1986) (same); Young v. Armstrong World Industries, 601 F. Supp. 399 (N.D. Tex. 1984) (same). As venue clearly cannot be laid in this Court, Defendants' motion should be granted.

## II. PLAINTIFF'S OWN ARGUMENTS FAVOR A DISMISSAL OVER TRANSFER

Plaintiff clearly opposes the transfer of his case to the Eastern District. Like the plaintiff in King v. Russell, 963 F.2d 1301, 1304 (9th Cir. 1992), then, plaintiff's lack of "interest in transfer" favors dismissal. A dismissal would also permit the Eastern District to evaluate any request plaintiff may make to re-file his Complaint. The defendants' removal of the Henrico County Circuit Court action to the Eastern District—acknowledged in their opening brief as a possibility—does not provide any basis for maintaining this case despite improper venue.

Given, then, that a transfer of venue would not serve the interests of justice, the Henrico Defendants respectfully request this Court to dismiss this action without prejudice.

2

## CONCLUSION

For all of the foregoing reasons, as well as those that may be raised at any hearing of this motion, the Henrico Defendants respectfully request that this Court dismiss Burrell's Complaint pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure because venue is not proper in the District of Columbia and because the interest of justice does not require transfer to any other forum. In the alternative, they move this Court to transfer the action to the Eastern District of Virginia, Richmond Division in accordance with 28 U.S.C. §1406(a).

COUNTY OF HENRICO, VIRGINIA and
OFFICER T. M. ALPHIN

By: _____
                    Counsel

Joseph P. Rapisarda, Jr., Esq.
   County Attorney
Annie Kim, Esq.
W. David Kazzie, Esq.
   Assistant County Attorneys
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Phone: 804-501-4342
Fax: 804-501-4140
*Counsel for the Henrico Defendants*

COUNTY OF HENRICO, VIRGINIA and
POLICE OFFICER T. M. ALPHIN

By: _____
                    Counsel

Sharon E. Pandak, Esq. (D.C. Bar # 312330)
Greehan, Taves, Pandak & Stoner
4004 Genesee Place, Suite 201
Woodbridge, Virginia 22192
Telephone:   (703) 680-5543
Facsimile:   (703) 680-5549
*Local Counsel for the Henrico Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on this 4th day of June, 2007, I caused a true copy of this Reply Brief to Plaintiff's Response, In-Opposition, to Defendants' "Motion to Dismiss" to be sent by first-class mail, postage prepaid, to Charles Davis Burrell, Plaintiff *pro se*, at 1220 L Street, N.W., Suite #193, Washington, D.C. 20005-4018.

*Amin K.*
_____
Counsel