# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DAVIS BURRELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:07-CV-00563 |
| | ) |
| **COUNTY OF HENRICO, VIRGINIA** | ) |
| | ) |
| and | ) |
| | ) |
| **POLICE OFFICER T. M. ALPHIN,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF ERRATA

Defendants County of Henrico ("County") and Officer T. M. Alphin ("Officer Alphin") (collectively, "Henrico Defendants"), by counsel, hereby file this Notice of Errata, stating the following in support:

1. On June 4, 2007 defendants filed their Reply Brief to Plaintiff's Response, In-Opposition, to Defendants' "Motion to Dismiss" with a certificate of service stating that a copy of the brief would be mailed to plaintiff on the same date.

2. Due to a miscommunication between counsel, defendants did not mail a copy of the brief to plaintiff on June 4, 2007.

3. Pursuant to the Amended Certificate of Service attached to this Notice as Exhibit "1," defendants will mail a copy of the brief to plaintiff on June 5, 2007.

**COUNTY OF HENRICO, VIRGINIA and OFFICER T. M. ALPHIN**

By: _____/s/_____
Annie Kim, Assistant County Attorney

Joseph P. Rapisarda, Jr., Esq.
  County Attorney
Annie Kim, Esq.
W. David Kazzie, Esq.
  Assistant County Attorneys
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Phone:  804-501-4342
Fax:  804-501-4140
*Counsel for the Henrico Defendants*

**COUNTY OF HENRICO, VIRGINIA and POLICE OFFICER T. M. ALPHIN**

By: _____/s/_____
Counsel

Sharon E. Pandak, Esq. (D.C. Bar # 312330)
Greehan, Taves, Pandak & Stoner
4004 Genesee Place, Suite 201
Woodbridge, Virginia 22192
Telephone:    (703) 680-5543
Facsimile:     (703) 680-5549
*Local Counsel for the Henrico Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2007, I caused a true copy of this Notice of Errata to be sent by first-class mail, postage prepaid, to Charles Davis Burrell, Plaintiff *pro se*, at 1220 L Street, N.W., Suite #193, Washington, D.C. 20005-4018.

_____/s/_____
Annie Kim, Assistant County Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHARLES DAVIS BURRELL,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:07-CV-00563 |
| **COUNTY OF HENRICO, VIRGINIA** | ) |
| and | ) |
| **POLICE OFFICER T. M. ALPHIN,** | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2007, I caused a true copy of Defendants' Reply Brief to Plaintiff's Response, In-Opposition, to Defendants' "Motion to Dismiss," filed electronically with the court on June 4, 2007, to be sent by first-class mail, postage prepaid, to Charles Davis Burrell, Plaintiff *pro se*, at 1220 L Street, N.W., Suite #193, Washington, D.C. 20005-4018.



_____/s/_____
Annie Kim, Assistant County Attorney

Joseph P. Rapisarda, Jr., Esq.
  County Attorney
Annie Kim, Esq.
W. David Kazzie, Esq.
  Assistant County Attorneys
County of Henrico
P. O. Box 27032
Richmond, Virginia 23273-7032
Phone: 804-501-4342
Fax: 804-501-4140
*Counsel for the Henrico Defendants*